# EXHIBIT 1 - Complaint

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**PAu 4-278-759**

**Effective Date of Registration:**
October 10, 2025
**Registration Decision Date:**
November 18, 2025

## Title

**Title of Work:** TGP-Video-2

## Completion/Publication

**Year of Completion:** 2023

## Author

- **Author:** T-Grip LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** T-Grip LLC
19 High Street, Salisbury, MA, 01952, United States

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music
**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** T-Grip LLC
**Address:** 19 High Street
Salisbury, MA 01952 United States

## Certification

**Name:** Shreya Tiwari

Page 1 of 2

**Date**: October 10, 2025

---

**Correspondence**: Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## PAu 4-278-762

**Effective Date of Registration:**
October 10, 2025
**Registration Decision Date:**
November 18, 2025

---

### Title
    **Title of Work:** TGP-Video-3

### Completion/Publication
    **Year of Completion:** 2023

### Author
-     **Author:** T-Grip LLC
    **Author Created:** entire motion picture
    **Work made for hire:** Yes
    **Citizen of:** United States

### Copyright Claimant
    **Copyright Claimant:** T-Grip LLC
    19 High Street, Salisbury, MA, 01952, United States

### Limitation of copyright claim
    **Material excluded from this claim:** preexisting music
    **New material included in claim:** all other cinematographic material

### Rights and Permissions
    **Organization Name:** T-Grip LLC
    **Address:** 19 High Street
    Salisbury, MA 01952 United States

### Certification
    **Name:** Shreya Tiwari

Page 1 of 2

**Date**:  October 10, 2025

**Correspondence:**  Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## PAu 4-278-761

**Effective Date of Registration:**
October 10, 2025
**Registration Decision Date:**
November 18, 2025

---

### Title

**Title of Work:** TGP-Video-4

### Completion/Publication

**Year of Completion:** 2023

### Author

- **Author:** T-Grip LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** T-Grip LLC
19 High Street, Salisbury, MA, 01952, United States

### Limitation of copyright claim

**Material excluded from this claim:** preexisting music

**New material included in claim:** all other cinematographic material

### Rights and Permissions

**Organization Name:** T-Grip LLC
**Address:** 19 High Street
Salisbury, MA 01952 United States

### Certification

**Name:** Shreya Tiwari

Page 1 of 2

**Date**:   October 10, 2025

**Correspondence:**   Yes